IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MICHAEL BAKER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:16-cv-00407-O-BP |
| § | |
| U.S. BANK, N.A. IN ITS CAPACITY § | |
| AS TRUSTEE FOR THE § | |
| REGISTERED HOLDERS OF CSFB § | |
| HOME EQUITY PASS-THROUGH § | |
| CERTIFICATES, SERIES 2005-F1X1, § | |
| and OCWEN LOAN § | |
| SERVICING, LLC, § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed, and the Magistrate's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 17) is **GRANTED**.

**SO ORDERED** on this 27th day of March, 2017.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE